All right, we've stopped at 16 minutes. All right. Good luck, everyone. These are our speakers. These are our attendees. These are our presenters. And we hope that this is just as informative as we can get it to be. We hope there's as much content as we can provide. So in this case, we've all seen that all of our presenters have been very responsive. They've been eight years from the course that you're at the corner. And it's very easy to pave your way in a lot of different ways. You can do this in a lot of different ways. One, you can understand and see and relate the problems and the problems and the fears. And you can use these resources to help you in some of the problems. You can do math problems. You can help you in some of the problems. And you can do some research. You can do a lot of different things. And you can get to a lot of different things from a business world of very different concepts. I'm going to pause there for a moment because I think it's more important to be very responsive in the so-called distributions of experience. And anybody who is going to write a document and is going to discuss this or is going to do this, this is the right thing to do. In this case, we're going to be preparing the papers in the order of a few. We're going to be focusing on agents and agents of interest. The agents of interest are the very specific applications of the data as well. In particular, we're going to be referring to the data as a set of agents. What I'll say is, I think, and I agree with what it's supposed to be, because that's what it's going to be. I think it's going to become a completely different and a completely different way of saying that the foundations are there, the problems are there, and the evidence is there. So anyway, I think that's what we're going to do. Well, I'm sure you're interested. I'm sure you're interested. The problem is, you know, it takes a few slides to find it, but it's pretty much what it's supposed to be. Well, isn't it your argument? I mean, I think you've weighed the argument and you can see there's a lot of layers and a lot of layers. I mean, there's a lot of layers and there's a lot of evidence. The evidence, and this is what I'm going to refer to as a form of evidence, I think you've already said, well, you know, you've already mentioned there is a lot of evidence. We don't have any reason at all for you to be saying that. I mean, I think, I've always said that. But, what I can say is, you said because you, you're raising an argument here that's a simple error, which is already debunked. You didn't deny it. You just, you came in to not present any evidence to point it to God, and you made an assumption, an argument, in front of all of us, in front of all of us. And, you signed a second circuit case for making a false decision. But, you didn't. You didn't raise that. Hold on, hold on. Yes. I think the previous anniversary of the trials, I think it came at a point where a, a claimant did not present any specific evidence at all. But, but, but, but, but, he said, but I'm talking about evidence, not, I'm talking about allegations. And what this means, he's discourses of the defendant. He's the same way as the plaintiff is there, the defendant. once once three to two to three to three to   three to three to three
judges: Hawkins, Callahan, Soto